FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

December 20, 2023

10th Court Of Appeals Clerk
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
* Delivered Via E-Mail *

**Re:** Reed, Brian Christopher
**CCA No.** PD-0918-20
**Trial Court Case No.** 14-01090-CRF-361

**COA No.** 10-19-00363-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:   District Clerk Brazos County (Delivered Via E-Mail)
Douglas Howell Iii (Delivered Via E-Mail)
Mary Beth Hennessy (Delivered Via E-Mail)
Presiding Judge 361st District Court (Delivered Via E-Mail)
District Attorney Brazos County (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)